CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 24 2023

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LAKEYSIA G., | ) |
|     Plaintiff, | ) Civil Action No. 4:22cv00005 |
| v. | ) **ORDER** |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | ) By:   Hon. Thomas T. Cullen<br>)         United States District Judge |
|     Defendant. | ) |

In this social security appeal, the court referred the parties' cross motion for summary judgment (ECF Nos. 18 & 20) to the Hon. Joel C. Hoppe, United States Magistrate Judge, for report and recommendation ("R&R"). *See* 28 U.S.C. § 636(b)(1)(B). Judge Hoppe entered his R&R on March 9, 2023, recommending that the court grant Plaintiff Lakeysia G.'s motion for summary judgment, deny the Commissioner's motion for summary judgment, and remand this case to the Commissioner for further proceedings. (ECF No. 22). Under Fed. R. Civ. P. 72(b)(2), the parties were given 14 days to file objections to the R&R, but none were filed. The court has reviewed the R&R for clear error. Finding none, it is hereby **ORDERED** that:

(1) The R&R (ECF No. 22) is **ADOPTED** in its entirety;

(2) Plaintiff Lakeysia G.'s motion for summary judgment (ECF No. 18) is **GRANTED**;

(3) The Commissioner's motion for summary judgment (ECF No. 20) is **DENIED**; and

(4) This case is **REMANDED** to the Commissioner under the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the R&R.

The clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 24th day of March, 2023.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE